UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CARL HOOPS,

        Plaintiff,

              **JUDGMENT**
- against -             CV-10-2777 (ADS)(ARL)

KEYSPAN ENERGY and NATIONAL GRID USA,

        Defendants.

---------------------------------------------------------------X

    A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 1, 2011, granting Defendants' motion to dismiss the Plaintiff's FLSA claim, dismissing the complaint without prejudice, and directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motion to dismiss the Plaintiff's FLSA claim is granted; that the complaint is dismissed without prejudice; and that this case is hereby closed.

Dated:  Central Islip, New York
          November 4, 2011

                                                      DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                            By:    /s/ Catherine Vukovich
                                      Deputy Clerk